# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

L.C. CLEMONS
ADC # 93134                                                                PLAINTIFF

v.                           No. 5:14-cv-171-DPM-JTK

SUMMERS, Correctional Officer II, ADC,
Pine Bluff Work Complex; HAYWOOD,
Correctional Officer II, ADC, Pine Bluff
Work Complex; EARL, COII, ADC, Pine
Bluff Work Complex; METCALF, Captain,
ADC, Pine Bluff Work Complex; COBBS,
Major, ADC, Pine Bluff Work Complex                                        DEFENDANTS

## ORDER

Opposed recommendation, № 4, adopted with a note on Clemons's objections. FED. R. CIV. P. 72(b)(3). The situation was regrettable and, as Director Kelley recognized, preventable. № 6 at 4. But whether the guards delayed Clemons intentionally or by accident, any Eighth Amendment claim still fails as a matter of law. Because Clemons hasn't alleged that he was physically injured, he can't recover in federal court. 42 U.S.C. § 1997e(e).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 May 2014