IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

L.C. CLEMONS
ADC # 93134                                                                    PLAINTIFF

v.                         No. 5:14-cv-171-DPM

SUMMERS, Correctional Officer II, ADC,
Pine Bluff Work Complex; HAYWOOD,
Correctional Officer II, ADC, Pine Bluff
Work Complex; EARL, COII, ADC, Pine
Bluff Work Complex; METCALF, Captain,
ADC, Pine Bluff Work Complex; COBBS,
Major, ADC, Pine Bluff Work Complex                                            DEFENDANTS

JUDGMENT

Clemons's complaint is dismissed without prejudice. This dismissal is a strike. 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Judgment and the related Order would not be taken in good faith.

_____
D.P. Marshall Jr.
United States District Judge

22 May 2014